UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
JUL 28 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                  INFORMATION NO. 6:25-cr-058-CHB
                                    18 U.S.C. § 1708

SHAWN JASON BUSH

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

On or about September 10, 2024, in Bell County, in the Eastern District of Kentucky,

**SHAWN JASON BUSH,**

a Contract Mail Carrier for the United States Postal Service, knowingly and intentionally abstracted and removed from any letter, package, bag, or mail, any article or thing contained therein, to wit, $40 in cash from a first-class mailing addressed to a third party, all in violation of 18 U.S.C. § 1708.

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.